FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 DEC -8 AM 11: 31

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5    8 5 0 _____

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 2 _____ COPIES OF AO FORM 85.

_____ 12/8/05 _____
(Date forms issued)

_____ (signature) _____
(Signature of Party or their Representative)

APL Co. pte, Ltd. by
EDWARD V. CATTELL, Jr.
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action