

# HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE | ATTORNEYS AT LAW | NEW JERSEY OFFICE |
|---|---|---|
| Suite 2000, Eight Penn Center | | Willow Ridge Executive Office Park |
| 1628 John F. Kennedy Boulevard | 1201 NORTH ORANGE STREET, SUITE 730 | 750 Route 73 South – Suite 301 |
| Philadelphia PA 19103 | WILMINGTON, DE 19801 | Marlton, NJ 08053 |
| (215) 320-3260 | (302) 884-6700 | (856) 810-8860 |
| FAX (215) 320-3261 | | Fax (856) 810-8861 |

Lynne M. Parker                    FAX: (302) 573-2507                    E-mail Address
Member NJ, PA & DE Bars                                                   lmp@hkcjg.com

December 7, 2005

OUR FILE NO. 1042.00012

Clerk
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    RE:    <u>**APL v. United Supply Co. Ltd., et al.**</u>

Dear Clerk:

    Enclosed for filing with the docket of this Court is the Complaint in the above captioned matter. Also enclosed are various supporting documents which relate to this action in which certain cargo of frozen shrimp is to be arrested pursuant to the provisions of Supplemental Admiralty Rule D and the Delaware State Replevin law. The Court's jurisdiction is invoked pursuant to 28 U.S.C. §1333 (Admiralty and Maritime Jurisdiction - Maritime Contract) and 28 U.S.C.§1332, Diversity Jurisdiction. We request that the Complaint and supporting papers be forwarded to a judge for review and execution of the Order for the arrest of the cargo, appointment of the substitute custodian, etc.

    We have also enclosed our check in the amount of $250.00 to cover the filing fee.

    Thank you for your assistance.

    Respectfully,

    HOLLSTEIN KEATING
    CATTELL JOHNSON & GOLDSTEIN P.C.

    By: _____
          Lynne M. Parker

LMP/yfj
{1042.00012:YFE0057}