IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., : | |
| Plaintiff, : | |
| v. : | Civil Action No: |
| UNITED SUPPLY CO. LTD., : | |
| and : | _____ |
| A cargo of 1700 Cartons of Frozen Shrimp : Transported from Khulna, Bangladesh to : South Kearny, New Jersey, pursuant to Bill : of Lading No. APLU-054094784 dated : September 25, 2005, *in rem*, : | |
| Defendants. : | |

## SUMMONS AND WARRANT FOR ARREST

To the President of the United States of America:
To the Marshal for the District of Delaware – Greetings:

WHEREAS, a complaint in admiralty was filed herein praying that a summons and process for the arrest of the cargo that is the subject of this action;

NOW, THEREFORE, we do hereby command that you serve this summons on the defendant cargo and forthwith arrest said cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, which is located at Burris Retail Logistics, 111 Reese Avenue, Harrington, DE, 19952.

Defendant United Supply is hereby summoned and required to serve upon plaintiff's attorney, whose addresses is:

> Lynne M. Parker, Esquire
> HOLLSTEIN KEATING
> CATTELL JOHNSON & GOLDSTEIN, PC
> 1201 N. Orange Street, Suite 730
> Wilmington, Delaware 19801
> Phone #: (302) 884-6700
> Fax #: (302) 573-2507
> Attorneys for APL Co. Pte. Ltd

{1042.00012:YFE0055}

an answer to the complaint within twenty (20) days after service of this summons; however, in the event that the Warrant for Arrest is executed, a claim shall be filed within (10) days after execution of process and an answer filed within (20) days thereafter.

                WITNESS the Honorable Judges of said court at the City of Wilmington on this _____ day of December, 2005.

PETER T. DALLEO, CLERK

By:_____
      Deputy Clerk