IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APL CO. PTE LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: |
| UNITED SUPPLY CO. LTD., | : | 05  850 |
| and | : | |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : | |
| Defendants. | : | |

## ORDER FOR ISSUANCE OF WARRANT OF ARREST OF MARITIME PROPERTY *IN REM* AND WRIT OF REPLEVIN

Upon reviewing plaintiff's Verified Complaint and supporting papers in accordance with Rule D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and 10 Del. C. § 3905, the Court finds that the conditions for an action *in rem* appear to exist, and therefore,

IT IS HEREBY ORDERED that the Clerk of this Court is authorized to and shall issue a Warrant of Arrest and a Writ of Replevin of the maritime property as described in the Verified Complaint; and

IT IS FURTHER ORDERED that the Marshal of this district is appointed to serve process in this action by the Court and shall serve the Warrant for Arrest and Writ of Replevin on the defendant cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to

{1042.00012:YFE0043}

South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, located at Burris Retail Logistics, 111 Reese Avenue, Harrington, DE 19952; and

IT IS FURTHER ORDERED that any person holding an interest in said maritime property arrested and/or seized hereunder shall, upon application to the Court, be entitled to a prompt hearing upon not less than three (3) days notice to plaintiff at which time plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

IT IS FURTHER ORDERED that a copy of this Order shall be attached to and served with the Warrant of Arrest and Writ of Replevin.

Dated: Wilmington, Delaware
       December ___, 2005

                                      _____
                                      United States District Judge