IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED SUPPLY CO. LTD., <br><br> and <br><br> A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, <br><br> Defendants. | Civil Action No: |

## MOTION TO APPOINT SUBSTITUTE CUSTODIAN

Plaintiff, APL. Co. Pte. Ltd., by and through its counsel, Hollstein Keating Cattell Johnson & Goldstein, PC, respectfully moves this Court for an Order Appointing Substitute Custodian for the United States Marshal. Plaintiff relies upon the Affidavit of Counsel dated December 7, 2005 and the Declaration of Bruce Sheely dated December 7, 2005, in support of this motion.

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, P.C.

By: _____
Lynne M. Parker, Esq. (No. 2811)
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507
Attorneys for APL Co. Pte. Ltd.

Dated: December 7, 2005

{1042.00012:EVC2875}291142.1