UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., :<br><br>Plaintiff :<br><br>-against- :<br><br>UNITED SUPPLY CO. LTD., :<br><br>and :<br><br>A cargo of 1700 Cartons of Frozen Shrimp :<br>Transported from Khulna, Bangladesh to :<br>South Kearny, New Jersey, pursuant to Bill :<br>of Lading No. APLU-054094784 dated :<br>September 25, 2005, *in rem*, :<br><br>Defendants : | Civil Action No: |

## DECLARATION OF SUBSTITUTE CUSTODIAN IN
## SUPPORT OF MOTION FOR ORDER OF APPOINTMENT

BRUCE SHEELY declares:

    1.    I am the Terminal Manager of APL Intermodal Terminal, 350 Central Avenue, Kearny, New Jersey, 07032, Tel: 973 465-5937 (the "Terminal"), and I make this declaration in support of the motion for an order appointing the Terminal as substitute custodian. The Terminal is in the business of storing, monitoring and providing security for cargo similar to that involved in this matter. The Terminal has stored, monitored and provided security for refrigerated cargo since 1988.

    2.    The Terminal agrees to serve as substitute custodian with respect to the arrest of the subject cargo involved in this matter. The Terminal agrees and undertakes to safeguard the cargo at the Terminal in place of the U.S. Marshal during the pendency of this suit and until

further order of this Court, and to perform the customary services of a substitute custodian: to safely keep and protect the cargo from removal or damage ("custodial services").

3. The total daily charge of the Terminal for providing the custodial services is $120 per day per container.

4. The Terminal acknowledges that the U.S. Marshal does not assume liability for any acts of the substitute custodian or any costs incurred incidental to the Court appointed substitute custodianship.

5. The Terminal has adequate liability insurance to respond in the event of damage or injury to the cargo during said substitute custodianship or for damages sustained by third parties due to the negligence of the employees, servants or agents of the Terminal in the performance of the custodial services. A copy of the Terminal's insurance certificate is attached hereto.

6. The Terminal agrees to serve as substitute custodian in accordance with the Order Appointing Substitute Custodian. The Terminal agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the cargo by the Terminal, and the Terminal agrees to hold harmless and indemnify the United States and the U.S. Marshal from any and all claims whatsoever arising out of the custodial services.

7. Should an adverse judgment or order be entered against plaintiff, the Terminal will immediately return the Cargo, at plaintiff's expense to Burris Retail Logistics, 111 Reese Avenue, Harrington, DE, 19952.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2005.

_____
Bruce Sheely

291058.1

# MARSH

## CERTIFICATE OF INSURANCE

**CERTIFICATE NUMBER:** SEA-000417243-11

**PRODUCER**
MARSH RISK & INSURANCE SERVICES
P. O. BOX 193880
SAN FRANCISCO, CA 94119-3880
CALIFORNIA LICENSE NO. 0437153

50123 -exces-GLXSW-05    GLXS

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER OTHER THAN THOSE PROVIDED IN THE POLICY. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES DESCRIBED HEREIN.

**COMPANIES AFFORDING COVERAGE**

| COMPANY A | AMERICAN HOME ASSURANCE CO |
| COMPANY B | TRAVELERS INDEMNITY CO OF ILLINOIS |
| COMPANY C | TRAVELERS INDEMNITY CO OF CT |
| COMPANY D | TRAVELERS CAS & SURETY OF CANADA |

**INSURED**
APL LIMITED, ITS SUBSIDIARIES AND AFFILIATED COMPANIES
APL LOGISTICS FREIGHT SYSTEMS, INC.
APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC.
1111 BROADWAY
OAKLAND, CA 94607

## COVERAGES

This certificate supersedes and replaces any previously issued certificate for the policy period noted below.

THIS IS TO CERTIFY THAT POLICIES OF INSURANCE DESCRIBED HEREIN HAVE BEEN ISSUED TO THE INSURED NAMED HEREIN FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THE CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, CONDITIONS AND EXCLUSIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY <br> [X] COMMERCIAL GENERAL LIABILITY <br> [ ] CLAIMS MADE [X] OCCUR <br> [ ] OWNER'S & CONTRACTOR'S PROT | RO586 | 01/01/05 | 01/01/06 | GENERAL AGGREGATE <br> PRODUCTS - COMP/OP AGG <br> PERSONAL & ADV INJURY <br> EACH OCCURRENCE <br> FIRE DAMAGE (Any one fire) <br> MED EXP (Any one person) | $ <br> $ 5,000,000 <br> $ <br> $ 5,000,000 <br> $ <br> $ |
| B <br> C <br> D <br> E | AUTOMOBILE LIABILITY <br> [X] ANY AUTO <br> [ ] ALL OWNED AUTOS <br> [ ] SCHEDULED AUTOS <br> [X] HIRED AUTOS <br> [X] NON-OWNED AUTOS <br> [X] TRUCKERS COV. <br> [X] TLR. INTERCHANGE | TC2J-CAP-419J5591-05 <br> TC2E-CAP-419J5609-05(TX ONLY) <br> 233D0722 (CANADA ONLY) <br> QIO9400317 | 08/31/05 <br> 08/31/05 <br> 08/31/05 <br> 08/31/05 | 08/31/06 <br> 08/31/06 <br> 08/31/06 <br> 08/31/06 | COMBINED SINGLE LIMIT <br> BODILY INJURY (Per person) <br> BODILY INJURY (Per accident) <br> PROPERTY DAMAGE | $ 10,000,000 <br> $ <br> $ <br> $ |
| | GARAGE LIABILITY <br> [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT <br> OTHER THAN AUTO ONLY: <br> EACH ACCIDENT <br> AGGREGATE | $ <br> <br> $ <br> $ |
| F | EXCESS LIABILITY <br> [ ] UMBRELLA FORM <br> [X] OTHER THAN UMBRELLA FORM | MM-SF-05-3548 | 01/01/05 | 01/01/06 | EACH OCCURRENCE <br> AGGREGATE | $ 25,000,000 <br> $ <br> $ |
| B <br> B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY <br> THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | TC2JUB419J4059-05 (AOS) <br> TRJUB419J4103-05 (RETRO) | 08/31/05 <br> 08/31/05 | 08/31/06 <br> 08/31/06 | [X] WC STATUTORY LIMITS [ ] OTHER <br> EL EACH ACCIDENT <br> EL DISEASE-POLICY LIMIT <br> EL DISEASE-EACH EMPLOYEE | <br> $ 1,000,000 <br> $ 1,000,000 <br> $ 1,000,000 |
| G <br> H | OTHER <br> WAREHOUSE LEGAL <br> EXCESS WAREHOUSE LEGAL | IM1007202 <br> MXI98117323 | 06/01/05 <br> 06/01/05 | 06/01/06 <br> 06/01/06 | PER LOC. <br> PER LOC. | 2,500,000 <br> 7.5MIL XS 2.5MIL |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

**CERTIFICATE HOLDER**

TO WHOM IT MAY CONCERN

**CANCELLATION**

SHOULD ANY OF THE POLICIES DESCRIBED HEREIN BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE INSURER AFFORDING COVERAGE WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED HEREIN, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER AFFORDING COVERAGE, ITS AGENTS OR REPRESENTATIVES, OR THE ISSUER OF THIS CERTIFICATE.

MARSH USA INC.
BY: Matthew Nolan    /s/ Matthew J. Nolan

MM1(3/02)    VALID AS OF: 08/25/05

| ADDITIONAL INFORMATION | | SEA-000417243-11 | DATE (MM/DD/YY) 08/25/05 |
|---|---|---|---|
| **PRODUCER**<br>MARSH RISK & INSURANCE SERVICES<br>P. O. BOX 193880<br>SAN FRANCISCO, CA 94119-3880<br>CALIFORNIA LICENSE NO. 0437153<br><br>50123 -exces-GLXSW-05    GLXS | | **COMPANIES AFFORDING COVERAGE** | |
| | | COMPANY<br>E    ST. PAUL FIRE & MARINE INS CO | |
| | | COMPANY<br>F    SEE CERT TEXT FOR CARRIERS | |
| **INSURED**<br>APL LIMITED, ITS SUBSIDIARIES AND<br>AFFILIATED COMPANIES<br>APL LOGISTICS FREIGHT SYSTEMS, INC.<br>APL LOGISTICS WAREHOUSE<br>MANAGEMENT SERVICES, INC.<br>1111 BROADWAY<br>OAKLAND, CA 94607 | | COMPANY<br>G    CONTINENTAL INSURANCE CO. | |
| | | COMPANY<br>H    FIREMANS FUND INSURANCE COS. | |

**TEXT**

EXCESS LIABILITY COMPANIES & PARTICIPATION PERCENTAGE:

CONTINENTAL INSURANCE COMPANY - 30%
NEW YORK MARINE & GENERAL INSURANCE COMPANY - 30%
XL SPECIALTY INSURANCE COMPANY - 20%
AMERICAN HOME ASSURANCE COMPANY - 20%

**CERTIFICATE HOLDER**
TO WHOM IT MAY CONCERN

MARSH USA INC. BY
Matthew Nolan    *Matthew J. Nolan* (signature)

ADDITIONAL INFORMATION    Page 2    SEA-000417243-11    08/25/05