IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff APL. Co. Pte. Ltd. ("APL"), by and through its attorneys, Hollstein Keating Cattell Johnson & Goldstein, PC, hereby move this Court for an Order to Show Cause why an Order should not be issued pursuant to Fed.R.Civ.P. Rule 64, Fed.R.Civ.P. Supplemental Rule D, and/or 10 Del. C. § 3905 directing the immediate release to APL the defendant cargo of 1700 Cartons of Frozen Shrimp Transported pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005 (the "Cargo"), upon the ground that the Cargo is being willfully and unlawfully withheld by defendant in contravention of law.

{1042.00012:YFE0050}291065.1

In support of this Motion, APL relies upon the Verified Complaint dated December 7, 2005, the Affidavit of Lynne M. Parker, Esq., sworn to on December 7, 2005, the Affidavit of Donald A. Daviner sworn to on December 7, 2005, and APL's supporting Memorandum of Law.

                              HOLLSTEIN KEATING
                              CATTELL JOHNSON & GOLDSTEIN, PC

By: _____
     Lynne M. Parker, Esq. (No. 2811)
     1201 N. Orange Street, Suite 730
     Wilmington, Delaware 19801
     Phone #: (302) 884-6700
     Fax #: (302) 573-2507
     Attorneys for APL Co. Pte. Ltd.

Dated: December 7, 2005

Lead Counsel:

Edward V. Cattell, Jr., Esq.
HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, PC
Eight Penn Center
1628 John F. Kennedy Boulevard
Suite 2000
Philadelphia, PA 19103
Phone#: (215) 320-3260
Fax#: (215) 320-3261

     and

Jack A. Greenbaum, Esq.
Matthew H. James, Esq.
HEALY & BAILLIE, LLP
61 Broadway
New York, NY 10006
Phone #: (212) 943-3980
Fax # (212) 425-0131

{1042.00012:YFE0050}291065.1