IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No: |
| : | |
| UNITED SUPPLY CO. LTD., : | |
| : | |
| and : | |
| : | |
| A cargo of 1700 Cartons of Frozen Shrimp : | |
| Transported from Khulna, Bangladesh to : | |
| South Kearny, New Jersey, pursuant to Bill : | |
| of Lading No. APLU-054094784 dated : | |
| September 25, 2005, *in rem*, : | |
| : | |
| Defendants. : | |

## ORDER TO SHOW CAUSE

On reading the Verified Complaint dated December 7, 2005, Affidavit of Lynne M. Parker, Esq., sworn to on December 7, 2005, the Affidavit of Donald A. Daviner, sworn to on December 7, 2005, and the supporting Memorandum of Law, it is:

ORDERED that Respondent United Supply Co., Ltd., show cause before this Court in Courtroom ___, United States District Court, District of Delaware on _____, 2005 at __ .m., or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Fed.R.Civ.P. Rule 64, Fed.R.Civ.P. Supplemental Rule D, and/or 10 Del. C. § 3905 directing the immediate release to plaintiff the defendant cargo of 1700 Cartons of Frozen Shrimp Transported pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005 (the "Cargo"), upon the ground that the Cargo is being willfully and unlawfully withheld by defendant in contravention of law; it is further

{1042.00012:YFE0047}291062.1

ORDERED that service of this Order and the papers upon which it is based (and the Summons and Complaint) be made on or before _____ o'clock on the _____ day of _____, 2005, by delivering copies of said papers and a copy of this Order to the defendant at its office at 1805 Grand Avenue, 5th Floor, Kansas City, MO, 64108, and that said service be deemed sufficient; it is further

ORDERED that service of the Summons and Complaint, this Order, and the papers upon which the Order is based, may be served by Hollstein Keating Cattell Johnson & Goldstein, PC, Healy & Baillie, LLP, or their duly authorized representatives who are over 18 years of age and not a party to this action.

Dated: December ___, 2005

_____
UNITED STATES DISTRICT JUDGE