IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED SUPPLY CO. LTD., : <br> : <br> and : <br> : <br> A cargo of 1700 Cartons of Frozen Shrimp : <br> Transported from Khulna, Bangladesh to : <br> South Kearny, New Jersey, pursuant to Bill : <br> of Lading No. APLU-054094784 dated : <br> September 25, 2005, *in rem*, : <br> : <br> Defendants. : | Civil Action No: |

### **CERTIFICATION**

LYNNE M. PARKER, ESQ., verifies and says:

1.  I am a member of the bar of this Honorable Court and a member of the firm of Hollstein Keating Cattell Johnson & Goldstein, PC, attorneys for plaintiff.

2.  This Certification is submitted in support of plaintiff's application for an order to show cause directing defendant to turn over to plaintiff the defendant cargo unlawfully converted by defendant and of which plaintiff has a right of possession. The cargo is believed to be in the custody of Burris Retail Logistics at 111 Reese Avenue, Harrington, DE, 19952.

3.  The rules and statutes relied upon by plaintiff on this application include F.R.Civ.P. 64, Fed.R.Civ.P. Supplemental Rule D, Delaware Chancery Court Rule 64 and 10 Del. C. § 3905.

4.  The reason that this application is made by order to show cause is that, as described in the accompanying affidavit of Donald A. Daviner, defendant has unlawfully converted cargo to which the plaintiff has a right of possession. Defendant has failed and refused to present to plaintiff any documentation of title to the cargo, such as an endorsed Bill of Lading, which has in fact been submitted by a third party. The defendant is wrongfully and without any claim of legal entitlement in possession of the cargo. If the order to show cause is not granted and the defendant is not ordered to return the cargo to plaintiff, then plaintiff will be exposed to liability to the third party that has submitted proper documentation of title in the form of an endorsed Bill of Lading, and which has submitted a claim to plaintiff in the amount of $176,800, representing the value of the Cargo.

5.  No request for this or similar relief has heretofore been made.

6.  I verify under penalty of perjury under the laws of the United States and State of Delaware that the foregoing is true and correct.

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, PC

By: _____
Lynne M. Parker, Esq. (No. 2811)
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507
Attorneys for APL Co. Pte. Ltd.