IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Edward V. Cattell, Jr., of the firm of Hollstein Keating Cattell Johnson & Goldstein, PC, 1628 J.F. Kennedy Blvd., Suite 2000, Philadelphia, PA 19103, and Jack A. Greenbaum, Esquire, and Matthew H. James, Esquire, of the law firm of Healy & Baillie, LLP, 61 Broadway, New York, NY, 10006, to represent Plaintiff APL. Co. Pte. Ltd. in this action.

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, PC

By: _____
Lynne M. Parker, Esq. (No. 2811)
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507
Attorneys for APL Co. Pte. Ltd

Dated: December 7, 2005

{1042.00012:YFE0046}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Edward V. Cattell, Jr., Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, New Jersey and Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Edward V. Cattell, Jr., Esq.
HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, PC
Eight Penn Center
1628 John F. Kennedy Boulevard
Suite 2000
Philadelphia, PA 19103
Phone#: (215) 320-3260
Fax#: (215) 320-3261

Date: December 7, 2005

{1042.00012:YFE0046}

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Date: December 7, 2005

Jack A. Greenbaum, Esq.
HEALY & BAILLIE, LLP
61 Broadway
New York, NY 10006
Phone #: (212) 943-3980
Fax #: (212) 425-0131


Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, New Jersey and Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Date: December 7, 2005

Matthew H. James, Esq.
HEALY & BAILLIE, LLP
61 Broadway
New York, NY 10006
Phone #: (212) 943-3980
Fax #: (212) 425-0131

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Edward V. Cattell, Jr., Esquire, Jack A. Greenbaum, Esquire and Matthew H. James, Esquire, is granted.

**SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

{1042.00012:YFE0046}