IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
|     Plaintiff, | : |
| v. | : Civil Action No: |
| UNITED SUPPLY CO. LTD., | : |
|     and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : 05  850 |
|     Defendants. | : |

### ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Edward V. Cattell, Jr., Esquire, Jack A. Greenbaum, Esquire and Matthew H. James, Esquire, is granted.

**SO ORDERED** this ___8___ day of ___December___, 2005.

_____
United States District Judge

{1042.00012:YFE0046}