IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

**WRIT OF REPLEVIN**

TO THE MARSHAL FOR THE DISTRICT OF DELAWARE
GREETINGS!

WE COMMAND YOU to immediately seize and take into your possession a cargo located at Burris Retail Logistics, 111 Reese Avenue, Harrington, DE, 19952, of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, more specifically identified on the Bill of Lading attached hereto as Exhibit "A", and of the value of $176,800, alleged by the plaintiff to be wrongfully detained by the defendant, and to deliver said property to the plaintiff unless bonded by the defendant; and to summons the said defendant to appear before the United States District Court for the District Of Delaware in the City of Wilmington, Delaware, on

{1042.00012:YFE0044}

_____ day of _____, 20_____ at _____ ____.m. in Courtroom _____, to answer the suit of the plaintiff for the wrongful detention of said property and have then and there this Writ.

WITNESS MY HAND, this _____ of _____, 20_____.

                                              WITNESS the Honorable Judges of said court at the City of Wilmington on this _____ day of December, 2005.

                                              PETER T. DALLEO, CLERK

                                              By: _____
                                                          Deputy Clerk

**EXHIBIT A**

# APL — BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>SHAMPA ICE & COLD STORAGE LTD.,<br>MILKY DEARA, KHULNA,<br>BANGLADESH. | **BOOKING NUMBER**    **B/L NUMBER**<br>APLU-054094784<br><br>**EXPORT REFERENCES**<br>INVOICE NO.SICSL/05/50<br>EXP.FORM NO.0352-00569-2005<br>S.BILL NO.K-504 |
| **CONSIGNEE** (Name and Full Address Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper.)<br>ORDER OF THE SONALI BANK,<br>KHULNA CORPORATE BRANCH,<br>KHULNA, BANGLADESH. | **FORWARDING AGENT** (References, F.M.C. No.)  |
| | **POINT AND COUNTRY OF ORIGIN OF GOODS**<br>KHULNA, BANGLADESH. |
| **NOTIFY PARTY** (Name and Full Address)<br>SOUTHERN FOODS USA, INC., 29-11 36 AVE.,<br>ASTORIA NY 11106, USA. TEL: 718 383 7703<br>FAX: 718 937 1826, REGISTRATION NO.<br>16150629902 PIN NO.C@12e8fd. | **ALSO NOTIFY** (Name and Full Address) /DOMESTIC ROUTE<br>EXPORT INSTRUCTIONS/PIER - TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION |
| **INITIAL CARRIAGE (MODE)** | **PLACE OF RECEIPT**<br>MONGLA, BANGLADESH. |
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>MV"KOTA RATNA" V-500 | **PORT OF LOADING**<br>MONGLA, BANGLADESH. |
| **PORT OF DISCHARGE**<br>LOS ANGELES, USA. | **PLACE OF DELIVERY**<br>NEW YORK, USA.     **1ST ORIGINAL** |

Excess Valuation Please refer to Clause 7 (ii) on Reverse Side   PARTICULARS FURNISHED BY SHIPPER   SAID TO BE   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 1700 | DESCRIPTION OF GOODS &/OR SERVICES:<br>CFR NEW YORK VIA LOS ANGELES, USA.<br>PURCHASE ORDER NO. SFUSA-05/69.<br>(ONE THOUSAND SEVEN HUNDRED) CARTONS.<br>FARM RAISED IQF EZ-PEEL BLACK TIGER<br>SHRIMP, PACKED 10 X 2 LBS.<br>'VILLAGE MARKET' BRAND. READY TO COOK<br>PRODUCT. COUNTRY OF ORIGIN: BANGLADESH.<br><br>"FREIGHT PREPAID"<br>"DDC PREPAID"<br>"SVC NO: EB05/0160"    SHIPPER'S LOAD, STOW, WEIGHT AND COUNT. | 16,965 KGS. | |
| **CONTAINER NO:**<br>APRU-506409-3 | **SEAL NO:**<br>APL-9003181 | **T/S:** R40   **MODE:** CY/CY   **QUANTY/TYPE:** 1700 CARTONS. | MV"KOTA RATNA" V-500<br>SHIPPED ON BOARD<br>Date- 2 5 SEP 2005<br>APL (BANGLADESH) PVT. LTD.<br>AS AGENTS. APL AS CARRIER | |

| B/L TO BE RELEASED AT | KHULNA | OCEAN FREIGHT PAYABLE AT | KHULNA | | |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| | | **FREIGHT PREPAID** | | | 3 (THREE)<br>Signed by the Carrier<br>The Carrier<br>By: SR. Executive<br>Authorized Signature<br>Date and 25-09-05<br>Place Issued: |
| Vessel | Voyage | Office | TOTAL PREPAID<br>TOTAL COLLECT | | |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | MGB   SPQ   KEA<br>LD. PORT   DIS. PORT   DEST. | NOTIFY   CSC   **APLU-054094784**<br>B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTI MODAL BILL OF LADING.

