| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>APL Co Pte, Ltd. | COURT CASE NUMBER<br>05-850 |
|---|---|
| DEFENDANT<br>1700 Cartons Frozen Shrimp | TYPE OF PROCESS<br>Warrant for Arrest |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

1700 Cartons Frozen Shrimp; APL/B/L APLU-054094784

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Burris Retail Logistics
111 Reese Ave., Harrington, DE 19952

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lynne M. Parker, Esquire
Hollstein Keating Cattell Johnson & Goldstein
1201 N. Orange Street, Suite 730
Wilmington, DE 19801

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

FILED DEC 14 2005

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Arrest cargo of frozen shrimp at Burris Retail Logistics. Court will appoint substitute custodian which will provide reefer trailer and load arrested property to take to custodian's facility. Also serve Writ of Replevin.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (302) 884-6700
DATE: 12/8/05

*Lynne M. Parker*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk<br>BF | Date<br>12/8/05 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address inserted below.

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service: 12/9/05  Time: 9:00 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>180.00 | Total Mileage Charges (including endeavors)<br>63.05 | Forwarding Fee | Total Charges<br>243.05 | Advance Deposits<br>1000.00 | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Attorney for plaintiff can be reached on cell phone at (609) 335-5013.

12/9/05  1 Dep for 4hrs @ 45.00/hr = $180.00
130 miles @ 48.5¢/mile = $63.05

Posted on Container holding Cargo - TOT Sub Cust.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |