### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 05-850-SLR |
| ) | |
| v. ) | |
| ) | |
| UNITED SUPPLY CO. LTD., ) | |
| ) | |
| and ) | |
| ) | |
| A CARGO OF 1700 CARTONS OF ) | |
| FROZEN SHRIMP TRANSPORTED ) | |
| FROM KHULNA, BANGLADESH TO ) | |
| SOUTH KEARNY, NEW JERSEY, ) | |
| PURSUANT TO BILL OF LADING ) | |
| NO. APLU-054094784 DATED ) | |
| SEPTEMBER 25, 2005, *in rem*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

AND NOW, upon the Motion of the *in rem* defendant, "A CARGO OF 1700 CARTONS OF FROZEN SHRIMP TRANSPORTED FROM KHULNA, BANGLADESH TO SOUTH KEARNY, NEW JERSEY, PURSUANT TO BILL OF LADING NO. APLU-054094784 DATED SEPTEMBER 25, 2005," made by restricted appearance through counsel, for an Order releasing it from arrest upon the giving of security;

And upon the agreement of the *in rem* defendant to give security in the amount of $200,000, subject to the terms and conditions of said security;

And the Court, having duly considered the matter, including the opposition of Plaintiff, finds that such an Order should issue;

IT IS ORDERED, this _____ day of December 2005, that the *in rem* defendant be forthwith released from arrest.

_____
UNITED STATES DISTRICT JUDGE