IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No: 05-850 (SLR) |
| : | |
| UNITED SUPPLY CO. LTD., : | |
| : | |
| and : | |
| : | |
| A cargo of 1700 Cartons of Frozen Shrimp : | |
| Transported from Khulna, Bangladesh to : | |
| South Kearny, New Jersey, pursuant to Bill : | |
| of Lading No. APLU-054094784 dated : | |
| September 25, 2005, *in rem*, : | |
| : | |
| Defendants. : | |

**ORDER TO SHOW CAUSE**

On reading the Verified Complaint filed on December 8, 2005, Affidavit of Lynne M. Parker, Esq., filed on December 8, 2005, the Affidavit of Donald A. Daviner, filed on December 8, 2005, the supporting Memorandum of Law, filed on December 8, 2005, as well as the Plaintiff's Revised Memorandum of Law, filed on December 19, 2005, in support, it is:

ORDERED that Defendant **United Supply Co., Ltd.,** and **Southern Foods USA, Inc., of 29-11 36 Ave. Astoria, NY 11106**, both of which entities claim to be the holder of a valid Ocean Bill of Lading **appear before this Court in Courtroom 6B , United States District Court for the District of Delaware, 844 North King Street, Wilmington, Delaware, on** December, 21 **2005 at** 1:00 p **.m.**, or as soon thereafter as counsel can be heard, to show cause why an order should not be issued pursuant to Fed.R.Civ.P. Rule 64, Fed.R.Civ.P. Admiralty Supplemental Rule D, and/or 10 Del. C. § 3905 directing the immediate release to plaintiff of the defendant

{1042.00012:EVC2880}291062.1

cargo of 1700 Cartons of Frozen Shrimp Transported pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005 (the "Cargo"), for delivery to United Supply or Southern Foods USA as directed by Order of this Court in accordance with the applicable Ocean Bill of Lading; it is further

ORDERED that service of this Order to Show Cause and the papers upon which it is based (and the Summons and Complaint) be made on or before 5:00 o'clock on the 20th day of December 2005, by transmitting a copy of said papers by fax, and or by pdf attachment to an email, and by overnight courier to the defendant at its office at 1805 Grand Avenue, 5th Floor, Kansas City, MO, 64108, and to Southern Foods USA, Inc. at its office at 29-11 36 Ave. Astoria, NY 11106, and that said service be deemed sufficient; it is further

ORDERED that service of this Order, and the papers upon which the Order is based, may be made by Hollstein Keating Cattell Johnson & Goldstein, PC, Healy & Baillie, LLP, or their duly authorized representatives who are over 18 years of age and not a party to this action.

Dated: December 19, 2005

_____
Hon. Sue L. Robinson, Ch. Judge, USDC

{1042.00012:EVC2880}291062.1