

# HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

PENNSYLVANIA OFFICE
Suite 2000, Eight Penn Center
1628 John F. Kennedy Boulevard
Philadelphia PA 19103
(215) 320-3260
FAX (215) 320-3261

ATTORNEYS AT LAW

1201 NORTH ORANGE STREET, SUITE 730
WILMINGTON, DE 19801
(302) 884-6700

FAX: (302) 573-2507

NEW JERSEY OFFICE
Willow Ridge Executive Office Park
750 Route 73 South – Suite 301
Marlton, NJ 08053
(856) 810-8860
Fax (856) 810-8861

Lynne M. Parker
Member NJ, PA & DE Bars

E-mail Address
lmp@hkcjg.com

December 19, 2005

**VIA HAND DELIVERY**

Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:    **APL Co. Pte, Ltd. v. United Supply Co., Ltd and 1700 Cartons of Frozen Shrimp, etc.**
             **Docket No: 05-0850**

Dear Judge Robinson:

    This matter involves competing claims for delivery of a cargo of 1700 cartons of frozen shrimp carried under an APL ocean bill of lading.

    The Court held a brief conference on Thursday afternoon, December 15th, concerning the Motion of defendant United Supply for the release of the cargo to it upon posting agreed upon security.

    Mr. McCaulay and Mr. Cattell did reach agreement on the form and the amount of security. However, despite United's best efforts Thursday afternoon, Friday, and thus far on Monday, they have not been able to obtain a letter of credit. Mr. McCauley also advised us that on Friday, United obtained shrimp from another source in order to supply the needs of its customer Albertson's/Acme Market.

    We are now advised by our client APL that the original Bill of Lading issued to United has been returned to APL's custody through banking channels. The Bill of Lading issued to Southern remains outstanding and Southern continues to demand delivery of the cargo.

{1042.00012:YFE0025}

We submit herewith for the Court's consideration a revised Motion for the Issuance of an Order to Show Cause, revised Memorandum in Support thereof, and a revised proposed Order to Show Cause. We request that the Court enter this revised Order to Show Cause and set a return date as soon as possible for the Show Cause hearing. We request that this hearing be held on or before Thursday, Dec. 22, in order that the cargo may be released to the proper party prior to the Christmas holiday. While APL continues to believe that Southern is rightfully entitled to the delivery of this cargo, we feel that the best course to follow at this time is to permit both parties the opportunity to submit such documentation as they are able for the consideration of the Court in order to enable the Court to rule upon which party is entitled to delivery of the shrimp. APL will abide by the Court's order.

In the Order to Show Cause we request that this firm be authorized to serve the Order to Show Cause by an attachment to an e-mail, by facsimile, and by overnight delivery addressed to both defendant United Supply and claimant Southern Foods. We have the e-mail addresses and fax numbers for both parties.

Due to the emergent nature of this application, we request that the Court entertain a telephone conference with regard to the entry of the Order to Show Cause.

We have also enclosed a Certificate of Service certifying to service of the enclosed documents on counsel for United by e-mail, fax, and regular mail.

Respectfully yours,

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: _____
Lynne M. Parker

LMP/yfj
cc: Edward V. Cattell, Jr., Esquire
    Matthew H. James, Esquire
    Jack Greenbaum, Esquire
    Michael MacCauley, Esquire
    Southern Foods USA, Inc.

{1042.00012:YFE0025}