IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., : | |
| Plaintiff, : | |
| v. : | Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., : | |
| and : | |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, : | |
| Defendants. : | |

## REVISED MOTION FOR ORDER TO SHOW CAUSE

Plaintiff APL. Co. Pte. Ltd. ("APL"), by and through its attorneys, Hollstein Keating Cattell Johnson & Goldstein, PC, hereby move this Court for an Order to Show Cause why an Order should not be issued pursuant to Fed.R.Civ.P. Rule 64, Fed.R.Civ.P. Supplemental Admiralty Rule D, and/or 10 Del. C. § 3905 directing the immediate release to APL of the defendant cargo of 1700 Cartons of Frozen Shrimp Transported pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005 (the "Cargo"), for immediate delivery to United Supply or Southern Foods USA as directed by Order of this Court in accordance with the applicable Ocean Bill of Lading.

{1042.00012:EVC2886}291065.1

In support of this Motion, APL relies upon the Verified Complaint filed on December 8, 2005, the Affidavit of Lynne M. Parker, Esq., filed on December 8, 2005, the Affidavit of Donald A. Daviner filed on December 8, 2005, and APL's supporting Revised Memorandum of Law submitted simultaneously herewith.

                                    HOLLSTEIN KEATING
                          CATTELL JOHNSON & GOLDSTEIN, PC

By: _____
      Lynne M. Parker, Esq. (No. 2811)
      1201 N. Orange Street, Suite 730
      Wilmington, Delaware 19801
      Phone #: (302) 884-6700
      Fax #: (302) 573-2507
      Attorneys for APL Co. Pte. Ltd.

Dated: December 19, 2005

<u>Lead Counsel</u>:

Edward V. Cattell, Jr., Esq.
HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, PC
Eight Penn Center
1628 John F. Kennedy Boulevard
Suite 2000
Philadelphia, PA 19103
Phone#: (215) 320-3260
Fax#: (215) 320-3261

      and

Jack A. Greenbaum, Esq.
Matthew H. James, Esq.
HEALY & BAILLIE, LLP
61 Broadway
New York, NY 10006
Phone #: (212) 943-3980
Fax # (212) 425-0131

{1042.00012:EVC2886}291065.1