IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, hereby certify that the following documents have been served by fax, email, and regular mail, upon the following:

Michael McCauley, Esquire
Palmer, Biezup & Henderson
1223 Faulk Road
Wilmington, DE 19803
Attorneys for United Supply Co. Ltd.

Southern Foods USA, Inc.
29-11 36 Ave.
Astoria, NY 1106

The documents served are as follows:

1. Revised Motion for Order to Show Cause
2. Revised Memorandum in Support of Motion for Order to Show Cause
3. Revised Proposed form of Order to Show Cause

Lynne M. Parker

Dated: 12/19/05

{1042.00012:EVC2888}