# EXHIBIT A

https://www.accesskansas.org/businessentity/certificate.html?tid=d...

# STATE OF KANSAS

## OFFICE OF SECRETARY OF STATE

# RON THORNBURGH

*To all to whom these presents shall come, Greetings:*

I, RON THORNBURGH, Secretary of State of the state of Kansas, do hereby certify that, according to the records of this office,

UNITED SUPPLY CO., INC.
KANSAS FOR PROFIT CORPORATION
Business Entity ID Number: 0912394

was filed in this office on March 05, 1985 and has complied with the applicable provisions of the laws of the State of Kansas and on this date is in good standing and authorized to transact business or to conduct its affairs within this state.

Dated: 12/14/2005

**For Validation:**

Certificate ID: **39857**

To validate this certificate, visit the following web site, enter this certificate ID, then follow the instructions displayed.
https://www.accesskansas.org/businessentity/validate.html



Signed:

RON THORNBURGH
SECRETARY OF STATE

of 1

12/14/2005 9:27 AM