**EXHIBIT B**

**SHIPPER** (Principal or Seller licensed and full address)
CHAMPA ICE & COLD STORAGE LTD.,
MILKY DEARA, KHULNA,
BANGLADESH.

**BOOKING NUMBER**

**EXPORT REFERENCES**
INVOICE NO.SICSL/05/50
EXP.FORM NO.0352-00569-05
S.BILL NO.K-504

**CONSIGNEE** (Name and Full Address) (Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
ORDER OF THE SONALI BANK,
KHULNA CORPORATE BRANCH,
KHULNA, BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)

**POINT AND COUNTRY OF ORIGIN OF GOODS**
KHULNA, BANGLADESH.

**NOTIFY PARTY** (Name and Full Address)
UNITED SUPPLY CO.,INC.,
1805 GRAND AVE.,5TH FLOOR,KANSAS CITY,
MO 64108 U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION

**INITIAL CARRIAGE (MODE)**

**PLACE OF RECEIPT**
MONGLA, BANGLADESH.

**EXPORT CARRIER** (Vessel, voyage, & flag)
MV"KOTA RATNA"V-500

**PORT OF LOADING**
MONGLA, BANGLADESH.

**1ST ORIGINAL**

**PORT OF DISCHARGE**
LOS ANGELES

**PLACE OF DELIVERY**
BALTIMORE, MD U.S.A.

**PARTICULARS FURNISHED BY SHIPPER** — Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS & NOS / CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS SAID TO BE | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | 1700 | (ONE THOUSAND SEVEN HUNDRED) CARTONS DESCRIPTION OF GOODS &/OR SERVICES: GOODS: P.O.NO.90641 1700 CARTONS FARM RAISED IQF EZ-PEEL BLACK TIGER SHRIMP,PACKED 10 X 2 LBS "VILLAGE MARKET" BRAND.COUNTRY OF ORIGIN BANGLADESH.CFR BALTIMORE,MD U.S.A. "CLEAN ON BOARD MULTIMODAL TRANSPORT DOCUMENT" "FREIGHT PREPAID"  SHIPPER'S LOAD,STOW,WEIGHT AND COUNT "MLB ROUTING TO BALTIMORE VIA LOS ANGELES" | 16,965 KGS. | |

CONTAINER NO: APRU-5064093
SEAL NO: APL-9003187
T/S: R40
MODE: CY/CY
QUANTITY/TYPE: 1700 CARTONS

SHIPPED ON BOARD
Date 25 SEP 2005
APL (BANGLADESH) PVT.LTD.
AS AGENTS APL AS CARRIER

SVC NO: HB05/0160

**FREIGHT PREPAID**

B/L TO BE RELEASED AT: KHULNA
OCEAN FREIGHT PAYABLE AT: KHULNA

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|
| THE PREPAID FREIGHT CHARGES ABOVE FREIGHT IS INCLUSIVE OF OCF,DDC,THC,BSC,CHS,FRG,WHG,IMS | USD.6,987.00 | | |

(3) THREE

Shafi Ahmed
for Authorized Signature
Sr. Executive
Date and Place Issued 25 SEP 20

APLU-054094784

TOTAL PREPAID
TOTAL COLLECT