# EXHIBIT C



**APL**

**INVOICE**

Please reference this invoice number on your payment

No. SPEU097357

| Reference Number | Currency | Invoice Description | Invoice Date | Page |
|---|---|---|---|---|
| SPQUNTSUPP | US$ | CY DEMURRAGE AND ACCESSORIAL CHARGES | 11/01/05 | 1 |

To:
UNITED SUPPLY CO. INC.
1805 GRAND AVE 5TH FLOOR
KANSAS CITY          MO  64108

From:
AMERICAN PRESIDENT LINES LTD
ATTN: FREIGHT CASHIERS
614 TERMINAL WAY
TERMINAL ISLAND    CA 90731

| Description of Charges | Unit Count | Unit Price | Amount |
|---|---|---|---|
| CNTR : APRU5064093 R40    LFD:10/25/05 VESSEL: JPN0092          SC#: EB05/0160 B/L   : 054094784 WEIGHT: 16,965.00 KG   VOL:      45.00 M3 PIECES:   1700 CTNS     REF: BILL THRU DATE: 10/31/05    FTB: 10/21/05 | | | |
| DEMURRAGE   10/26/05-10/30/05 | 5.00 | 100.00 | 500.00 |
| DEMURRAGE   10/31/05-10/31/05 | 1.00 | 120.00 | 120.00 |
| USDA RLSD 10/28 24HRS TO MOVE, BILL THRU 10/31AE | | | |

Please Remit Payment To:
APL, Ltd.
614 Terminal Way
Terminal Island, CA 90731
Attn: Demurrage

**THIS INVOICE IS DUE UPON RECEIPT. NO STATEMENT WILL BE SENT.**

| Disposition of Charges | | Please Pay this amount | 620.00 US$ |
|---|---|---|---|
| Guaranteed By: | | | |
| Date Paid | Check No. | | |
| Trucking Company | | Signature | |

ORIGINAL



## Cargo Availability Notification

To: UNITED SUPPLY CO INC
    1805 GRAND AVEENUE 5TH FLOOR

    KANSAS CITY 64108

Date:   11/15/2005

Fax Number: 1 816 2833225

The following B/Ls have containers that have arrived. Availability requires both Cashier and Customs clearance.

| B/L Number | Vessel Voyage | Dest | Del. Mode | Consignee | Cashier cleared | Customs cleared | I.T. Number |
|---|---|---|---|---|---|---|---|
| 054094784 APRU506409 | JPN092 | KEA | CY | UNTO THE ORDER OF:- Arrived 11/15/2005 at KEA - LFD: 11/18/2005 | Yes | No | V0203566018 |

NOTE: Containers that are railed into the Kearny CSX are no longer available at the CSX but are available at the APL CY, located at 350 Central Ave. and pickup numbers are not required. The containers are moved from the CSX to the CY within 30 minutes of arriving.

NOTE 1: All charges must be paid prior to the release of your cargo. Please refer to clause 15 on the reverse side of the original bill of lading in regards to undelivered goods

NOTE 2: Chicago area cargo discharging on the West Coast and moving inland via rail will now be available at the UP's Global 2 facility, 301 W Lake Street, Northlake, IL 60164

Customer Service: 800-999-7733   Cargo Status: Call Eaglelink at 800-2EAGLE1 or visit our web site at www.apl.com.

# APL

**NOTICE OF ARRIVAL AND FREIGHT CHARGES**

| SHIPPER (Principal or Seller) |
|---|
| SHAMPA ICE & COLD STORAGE LTD., MILKY DEARA, KHULNA, BANGLADESH. |

**BILL OF LADING NO** APLU 054094784 Y/Y SLAC  **ESTIMATED DATE OF ARRIVAL IN** 10/27/05

**CUSTOM ENTRY INFORMATION**
I.T. V0203566000 FROM SAN PEDRO, C ON 10/20/05
CARGO MOVED INBOND TO CLEAR AT BALTIMORE, MD
GO DATE IS 15 DAYS FM VESSEL ARR FOR CAD
& 15 DAYS FM ARR INLAND FOR INBOND

**CONSIGNEE** (Non-Negotiable unless consigned to order)
UNTO THE ORDER OF:-
SONALI BANK,
KHULNA CORPORATE BRANCH,

**NOTIFY PARTY (NP)/INTERMEDIATE CONSIGNEE**
UNTITED SUPPLY CO., INC.,
1805 GRAND AVE. 5TH FLOOR,
KANSAS CITY, MO 64108 USA.

| ARRIVING VESSEL | APL JAPAN, V092 | FLAG U.S.A. | SERVICE TYPE MLB |
|---|---|---|---|
| VESSEL ETA | 10/20/05 | VIA/LAST FOREIGN PORT SINGAPORE | |
| ORIGIN LOAD VESSEL | KOTA RATNA, V500 | PORT OF ORIGIN MONGLA, BA | |
| DATE EXPORTED | 09/27/05 | FROM COUNTRY OF ORIGIN BANGLADESH | |
| PORT OF DISCHARGE | SAN PEDRO, CA US | DESTINATION BALTIMORE, MD | |

**ARRIVING LOCATION**
CALL APL CUSTOMER SERVICE AT (800) 999-7733
FOR ARRIVING LOCATION INFORMATION

**MARKS** NIL   **CONTAINER NUMBER(S)** APRU5064093 9003181

**FOR CARGO AVAILABILITY**
FOR CARGO AVAILABILITY AND SHIPMENT STATUS,
CALL EAGLELINK AT (800) 2EAGLE1
FOR APL CUSTOMER SERVICE, CALL (800) 999-7733

**SPECIAL INSTRUCTIONS** VISIT OUR WEBSITE AT WWW.APL.COM

**DESCRIPTION OF GOODS** (Refer to original B/L for full description)
(ONE THOUSAND SEVEN HUNDRED) CTNS.
DESCRIPTION OF GOODS &/OR SERVICES.
GOODS: P.O.NO.90641 1700 CTNS FARM

| NO. OF PACKAGES | WEIGHT | MEASUREMENT |
|---|---|---|
| 1700 PCES | 16965 KG | 45.000 M3 |

| FREIGHT RATE CHARGES | | PREPAID | COLLECT |
|---|---|---|---|
| 1VA | 6850.00/VAN | 6850.00 | |
| CDR | US$ 33.00/VAN | 33.00 | |
| IMS | US$ 137.00/VAN | 137.00 | |
| AMS | US$ 10.00/EA | 10.00 | |
| DOC | TAKA 300.00/EA | 4.48 | |
| OPT | TAKA 1169.00/VAN | 17.47 | |

CHECKS ARE PAYABLE TO APL 116 Inverness Drive
East, Suite 400, Englewood, CO 80112. Attn: Freight Cashier
If you have questions, please contact Denver Customer Center 1-800-999-7733. Voice Mail for Fax number changes: (770) 395-8231

| VESSEL VOYAGE | T81 500 US$ | TOTALS→ | 7051.95 | |

B/L INFO 24 HOURS A DAY, 7 DAYS A WEEK
CALL APL EAGLELINK (800) 232-4531

---

On Store Door Delivery moves controlled by APL trucking, please notify your local APL office in writing of empty container availability (not the trucker) in order to stop per diem charges. Please contact customer service for local fax numbers.

## IMPORTANT DELIVERY INSTRUCTIONS

Thank you for shipping with APL. This notice is given to APL importers and associates to expedite delivery. If original bills of lading were issued, we ask you to surrender one of the original bills of lading, property endorsed, to any of the local APL offices or agents to allow the proper delivery of the contractual goods. To obtain the release of your goods, make payment of all outstanding freight and other charges due (demurrage, storage, fumigation, etc.). Please note cargo is subject to local customs' jurisdiction and practice.

You are requested to arrange for delivery without delay to avoid unnecessary cargo and equipment costs. These costs (DEMURRAGE/ STORAGE CHARGES) will be assessed in accordance with the applicable tariff for any delays after expiration of free time. These charges must be paid before cargo can be released. (Demurrage rates and free time assessment can be provided by your local APL representative mentioned above. Kindly refer to clause 15 on the reverse side of the original Bill of Lading in regard to undelivered goods.)

## CARRIER'S CERTIFICATE

The undersigned carrier bringing the within described merchandise to this port, hereby certifies that this copy or extract of the Bill of Lading is genuine and may be used for the purpose of making Customs entry as provided for the Tariff Act of 1930.

John W. Allen
Director, Customer Service, North America
APL

 **Shipment Update Alert**

| | | | |
|---|---|---|---|
| TO: | UNITED SUPPLY CO INC<br>1805 GRAND AVEENUE 5TH FLOOR<br>KANSAS CITY 64108 | FAX Number:<br>Date: | 1 816 2833225<br>10/30/2005 |

From:   APL Limited

Your cargo, as listed below, has been placed on hold by the USDA in Long Beach, California. Please MAIL the invoice(s) to the USDA at the below address, as USDA no longer accepts faxes.

Please MAIL invoice(s) to :

USDA

Seaport CBP Building, 8th floor

301 E. Ocean Blvd.

Long Beach, CA 90802

Invoices must accurately describe cargo in English. Otherwise they may require invoice and devan at consignee's expense.

Please ensure Bill of Lading number and Vessel/Voyage are indicated on the invoice to preclude further delay of cargo.

Additional fees resulting from an exam will be added to your bill of lading as a collect charge. A new copy of the BL reflecting these charges will be faxed to you at this number. If you do not receive one, please contact APL Customer Service at 1-800-999-7733 for assistance. Please be reminded that all fees must be settled with the collecting party prior to release of the cargo.

If there are any other questions, please contact APL Customer Service at 1-800-999-7733.

Vessel/Voyage: APL JAPAN 092    Discharge Port: SPQ 2

| Customer | Bill of Lading | Container Number |
|---|---|---|
| UNTO THE ORDER OF:- | 054094784 | APRU506409 |

Thank you for shipping with APL Limited.

- Page 1 -    *** End of Report ***

---

Customer Service: 800-999-7733        Fax: 600-711-7254
Cargo Status: Call *Eaglelink* at 800-2EAGLE1 or visit our web site at www.apl.com.