IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APL CO. PTE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-850-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED SUPPLY CO. LTD., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A CARGO OF 1700 CARTONS OF FROZEN SHRIMP TRANSPORTED FROM KHULNA, BANGLADESH TO SOUTH KEARNY, NEW JERSEY, PURSUANT TO BILL OF LADING NO. APLU-054094784 DATED SEPTEMBER 25, 2005, *in rem*, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, upon the Motion of the *in rem* defendant, "A CARGO OF 1700 CARTONS OF FROZEN SHRIMP TRANSPORTED FROM KHULNA, BANGLADESH TO SOUTH KEARNY, NEW JERSEY, PURSUANT TO BILL OF LADING NO. APLU-054094784 DATED SEPTEMBER 25, 2005," made through counsel, for an Order releasing it from arrest upon the giving of security;

And upon the desire of Plaintiff to give security in the amount of $176,800.00 to secure the release of the *in rem* defendant;

And the Court, having duly considered the matter, finds that such an Order should issue;

IT IS ORDERED, this _____ day of December 2005, that the *in rem* defendant be forthwith released from arrest and delivered to United Supply Co., Inc., and that Plaintiff give security in the amount of $176,800.00 in favor of Southern Foods USA, Inc., subject to the terms and conditions of said security.

_____
UNITED STATES DISTRICT JUDGE