# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

**PENNSYLVANIA**
620 CHESTNUT STREET, SUITE 956
PHILADELPHIA, PENNSYLVANIA 191063409
215 625 9900
FAX: 215 625 0185

**MARYLAND**
222 PRINCE GEORGE STREET, SUITE 102
ANNAPOLIS, MARYLAND 21401
410 267 0010
FAX: 410 267 0020

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

**1223 FOULK ROAD**
**WILMINGTON, DELAWARE 19803**

302 594 0895 • 302 478 7443
FAX: 302 478 7625
pbh@pbh.com

**NEW YORK**
140 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

**NEW JERSEY**
330 MARKET STREET
CAMDEN, NEW JERSEY 08102
856 428 7717
FAX: 856 338 1008

January 6, 2006

The Honorable Sue L. Robinson                                    Via Email
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

Re:   APL Co. Pte, Ltd. v. United Supply Co. et al.
      No. 05-850-SLR
      Our file: 7794-001

Dear Judge Robinson:

   We represent United Supply Co., Inc. ("United") in this matter, together with the *in rem* defendant, 1700 cartons of frozen shrimp.

   On December 15, 2005, Your Honor issued an order authorizing the release of the frozen shrimp to United upon the posting of security in the amount of $200,000. At that time, United's bank was unwilling to issue a standby letter of credit containing the "evergreen" (automatic renewal) provision as required by plaintiff APL.

   After further efforts and discussions, United has now in fact arranged for the issuance of the attached $200,000 Irrevocable Standby Letter of Credit from Gold Bank which includes the "evergreen" provision.

   We would therefore expect that APL will release the shrimp to United as soon as possible pursuant to the Court's order of December 15, 2005, and that APL and United will then proceed

PBH: 180583.1

**PALMER BIEZUP & HENDERSON** LLP

The Honorable Sue L. Robinson
Re:    APL Co. Pte, Ltd. v. United Supply Co.
January 6, 2006
Page 2
_____

with the Rule 16 initial conference and with discovery in the usual way.  As the security has now been posted in lieu of the goods, we presume that the hearing scheduled for January 10, 2006 regarding the release of the frozen shrimp from arrest will be cancelled as moot.

                             Respectfully submitted,

                             PALMER BIEZUP & HENDERSON LLP

                             By: *[signature]*
                                 Michael B. McCauley

cc:    Lynne M. Parker, Esq.
      Edward V. Cattell, Jr., Esq.

PBH: 180583.1