## AGREEMENT TO GIVE SECURITY

WHEREAS, a lawsuit was commenced in the United States District Court for the District of Delaware, Civil Action No. 05-850, captioned APL CO. PTE LTD., Plaintiff, against UNITED SUPPLY CO. LTD., and A CARGO OF 1700 CARTONS OF FROZEN SHRIMP TRANSPORTED FROM KHULNA, BANGLADESH TO SOUTH KEARNY, NEW JERSEY, PURSUANT TO BILL OF LADING NO. APLU-054094784 DATED SEPTEMBER 25, 2005, *in rem*, and a Warrant for Arrest was issued and served on the *in rem* defendant by the United States Marshal for the District of Delaware on December 9, 2005, at Burris Retail Logistics, 111 Reese Avenue, Harrington, Delaware 19952, as a result of which the *in rem* defendant was seized and surrendered to Plaintiff as Substitute Custodian;

AND WHEREAS, the Court ordered on December 15, 2005, that the *in rem* defendant be forthwith released from arrest upon the *in rem* defendant giving security in the amount of $200,000, subject to the terms and conditions of said security;

NOW, THEREFORE, in consideration of Plaintiff refraining from issuing process against, attaching or arresting the *in rem* defendant in any jurisdiction in connection with Plaintiff's claim more particularly set forth in the Complaint in the above-mentioned civil action (the "Complaint"), the undersigned hereby agrees:

1. To file or cause to be filed upon Plaintiff's demand, a limited appearance, statement of right or interest, and answer to the Complaint on behalf of the *in rem* defendant, without prejudice to any and all rights and defenses of the *in rem* defendant,

including but not limited to the right to contest the validity of the arrest and the jurisdiction of the Court.

2. To give security in the form of the attached Irrevocable Standby Letter of Credit ("Letter of Credit") by which Gold Bank undertakes to pay, subject to the terms and conditions of the Letter of Credit, up to but not exceeding the total aggregate sum of TWO HUNDRED THOUSAND DOLLARS ($200,000) to Plaintiff upon Plaintiff presenting to Gold Bank a copy of a written Order of the United States District Court for the District of Delaware directing said payment, said Order to issue in the event that a final judgment (after all appeals, if any) be entered in Plaintiff's favor against the *in rem* defendant or upon mutual agreement of the parties and the filing of a stipulation with the Court.

3. Upon receiving the foregoing Letter of Credit as executed or a facsimile thereof, Plaintiff shall promptly release the *in rem* defendant from arrest and shall take all measures as may be necessary to secure the release of the *in rem* defendant. It is a condition of the security that Plaintiff will use its best efforts to secure the release of the *in rem* defendant as time is of the essence.

4. The Letter of Credit is intended as a substitution of the res which is the subject of the *in rem* seizure and is given without prejudice to all rights or defenses, including but not limited to the absence of jurisdiction, which the Plaintiff, the *in rem* defendant, and/or UNITED SUPPLY CO., INC. may have, none of which is to be regarded as waived.

5. The giving of security is not to be considered as an admission of liability on the part of the *in rem* defendant or UNITED SUPPLY CO., INC., and no rights or defenses are hereby waived.

6. The amount of the Letter of Credit may be subsequently decreased by agreement of the parties or upon application to a court of competent jurisdiction, but in no event shall the amount ever exceed the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000), inclusive of interest and costs.

Signed this 6TH day of January 2006.

UNITED SUPPLY CO., INC.

By: _____
Its Duly Authorized Representative

PBH: 180556.1