# Gold Bank

IRREVOCABLE STANDBY LETTER OF CREDIT NO. 200-GD-1728

DATE: 01/06/06

| | |
|---|---|
| BENEFICIARY: | ACCOUNT PARTY: |
| APL CO. PTE LTD.<br>456 ALEXANDRA ROAD, NOL BUILDING<br>SINGAPORE, 119962 | UNITED SUPPLY CO., INC.<br>1805 GRAND BLVD., 5TH FLOOR<br>KANSAS CITY MO 64108 |

AMOUNT: USD200,000.00

EXPIRATION DATE: 01/05/07

WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO. 200-GD-1728 IN YOUR FAVOR FOR THE ACCOUNT OF UNITED SUPPLY CO., INC. AND AUTHORIZE YOU TO DRAW ON GOLD BANK UP TO AN AGGREGATE AMOUNT NOT TO EXCEED USD200,000.00 (TWO HUNDRED THOUSAND AND 00/100 UNITED STATES DOLLARS).

THIS LETTER OF CREDIT IS AVAILABLE BY PAYMENT WITH GOLD BANK AGAINST PRESENTATION OF YOUR DRAFT(S) AT SIGHT DRAWN ON GOLD BANK, INTERNATIONAL BANKING DIVISION, LETTER OF CREDIT PROCESSING CENTER, 800 WEST 47TH STREET, KANSAS CITY, MISSOURI 64112 AND ACCOMPANIED BY THE FOLLOWING DOCUMENT(S):

1. A DATED AND SIGNED STATEMENT APPEARING ON ITS FACE TO BE EXECUTED BY THE BENEFICIARY OR DULY AUTHORIZED AGENT THEREOF CERTIFYING THAT EITHER:

    (A) "A FINAL, NON-APPEALABLE ORDER HAS BEEN ENTERED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, CIVIL ACTION NO. 05-850, CAPTIONED "APL CO. PTE LTD., PLAINTIFF, AGAINST UNITED SUPPLY CO., LTD. AND A CARGO OF 1700 CARTONS OF FROZEN SHRIMP TRANSPORTED FROM KHULNA, BANGLADESH TO SOUTH KEARNY, NEW JERSEY PURSUANT TO BILL OF LADING NO. APLU-054094784 DATED SEPTEMBER 25, 2005" DIRECTING US TO MAKE PAYMENT IN A SPECIFIED AMOUNT NOT TO EXCEED USD200,000.00 TO BENEFICIARY UNDER THIS LETTER OF CREDIT", WITH A COPY OF SAID ORDER ATTACHED THERETO, OR

    (B) "UNITED SUPPLY CO., INC. AND APL CO. PTE LTD. HAVE ENTERED INTO A WRITTEN AGREEMENT PURSUANT TO WHICH THE PARTIES HAVE AGREED THAT WE WILL MAKE PAYMENT IN A SPECIFIED AMOUNT NOT TO EXCEED USD200,000.00 TO THE BENEFICIARY UNDER THIS LETTER OF CREDIT ," WITH A COPY OF SAID FULLY EXECUTED WRITTEN AGREEMENT ATTACHED THERETO.

PAGE 2

**IRREVOCABLE STANDBY LETTER OF CREDIT NO. 200-GD-1728**

2. THE ORIGINAL OF THIS LETTER OF CREDIT AND ORIGINAL AMENDMENTS, IF ANY.

THIS LETTER OF CREDIT WILL EXPIRE 01/05/07 AT THE COUNTERS OF GOLD BANK.

PLACE FOR PRESENTATION OF THE DOCUMENTS: AT THE COUNTERS OF GOLD BANK, 800 WEST 47TH STREET, KANSAS CITY, MISSOURI 64112, ATTN: INTERNATIONAL BANKING DIVISION, LETTER OF CREDIT PROCESSING CENTER NO LATER THAN 4:30 P.M. C.S.T./C.D.T.

SPECIAL CONDITIONS:

THIS LETTER OF CREDIT SHALL BE DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ADDITIONAL ONE YEAR PERIODS FROM THE CURRENT EXPIRATION DATE OR ANY FUTURE EXPIRATION DATE, UNLESS AT LEAST THIRTY (30) CALENDAR DAYS PRIOR TO SUCH EXPIRATION DATE, GOLD BANK NOTIFIES YOU IN WRITING BY AIR COURIER, TO THE ADDRESS STATED ABOVE, THAT THIS LETTER CREDIT WILL NOT BE RENEWED.

THIS LETTER OF CREDIT SETS FORTH IN FULL THE TERMS OF OUR UNDERTAKING, AND SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED, OR AMPLIFIED BY REFERENCE TO ANY DOCUMENT, INSTRUMENT, OR AGREEMENT REFERRED TO HEREIN OR IN WHICH THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH THIS LETTER OF CREDIT RELATES AND ANY SUCH REFERENCE SHALL NOT BE DEEMED TO INCORPORATE HEREIN BY REFERENCE ANY DOCUMENT, INSTRUMENT, OR AGREEMENT.

ALL DRAFTS PRESENTED MUST BE MARKED AS "DRAWN UNDER GOLD BANK IRREVOCABLE STANDBY LETTER OF CREDIT NO. 200-GD-1728 ".

WE HEREBY AGREE WITH YOU THAT ALL DRAFTS PRESENTED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THIS LETTER OF CREDIT WILL BE DULY HONORED UPON PRESENTATION TO US.

THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS 1993 REVISION INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 500.

_____
AUTHORIZED SIGNATURE

COPY

**Gold Bank**
INTERNATIONAL BANKING DIVISION
LETTER OF CREDIT PROCESSING CENTER
800 WEST 47TH STREET
Kansas City, Missouri 64112 U.S.A.

PAGE 3

IRREVOCABLE STANDBY LETTER OF CREDIT NO. 200-GD-1728

SWIFT: GOBKUS44
PHONE: (816) 561-4669
TOLL FREE NO: (888) 449-4693
FAX: (816) 531-0735

This document consists of 3 page(s)