

# HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

PENNSYLVANIA OFFICE
Suite 2000, Eight Penn Center
1628 John F. Kennedy Boulevard
Philadelphia PA 19103
(215) 320-3260
FAX (215) 320-3261

ATTORNEYS AT LAW

1201 NORTH ORANGE STREET, SUITE 730
WILMINGTON, DE 19801
(302) 884-6700

NEW JERSEY OFFICE
Willow Ridge Executive Office Park
750 Route 73 South – Suite 301
Marlton, NJ 08053
(856) 810-8860
Fax (856) 810-8861

Lynne M. Parker
Member NJ, PA & DE Bars

FAX: (302) 573-2507

E-mail Address
lmp@hkcjg.com

January 6, 2006

OUR FILE NO. 1042.00012

**VIA DHL EXPRESS #29401634754**

Clerk
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      RE:    **APL Co., Ltd. v. United Supply Co., et al.
            Civil Action No.: 05-0850 (SLR)**

Dear Clerk:

    We enclose herewith an original and two copies of the Answer of plaintiff APL to the Counterclaim of defendant United Supply for filing with the court. We have also enclosed a disk containing this pleading.

    Please provide a clocked-in copy of the Answer in the self-addressed stamped envelope enclosed for your convenience.

    Thank you.

Very truly yours,

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: _____
Lynne M. Parker, Esq.

LMP/yfj
Enclosure
cc:    Michael B. McCauley, Esquire
        Edward V. Cattell, Jr., Esquire

{1042.00012:YFE0021}