IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Lynne M. Parker, hereby certify that the Answer to Counterclaim has been served by regular mail, upon the following:

> Michael McCauley, Esquire
> Palmer, Biezup & Henderson
> 1223 Faulk Road
> Wilmington, DE 19803

> and

> Michael McCauley, Esquire
> Palmer Biezup & Henderson
> 620 Chestnut Street
> 956 Public Ledger Building
> Philadelphia, PA 19106
> Attorneys for United Supply Co. Ltd.

_____
Lynne M. Parker

Dated: January 6, 2006

{1042.00012:DML9732}