

# HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE<br>Suite 2000, Eight Penn Center<br>1628 John F. Kennedy Boulevard<br>Philadelphia PA 19103<br>(215) 320-3260<br>FAX (215) 320-3261 | ATTORNEYS AT LAW<br><br>1201 NORTH ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>(302) 884-6700 | NEW JERSEY OFFICE<br>Willow Ridge Executive Office Park<br>750 Route 73 South – Suite 301<br>Marlton, NJ 08053<br>(856) 810-8860<br>Fax (856) 810-8861 |
|---|---|---|
| Lynne M. Parker<br>Member NJ, PA & DE Bars | FAX: (302) 573-2507 | E-mail Address<br>lmp@hkcjg.com |

January 9, 2006

OUR FILE NO. 1042.00012

**VIA HAND DELIVERY**

Clerk
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      RE:  **APL Co., Ltd. v. United Supply Co., et al.**
            **Civil Action No.: 05-0850 (SLR)**

Dear Clerk:

    We enclose herewith an original and two copies of the Answer of plaintiff APL Co. Pte., Ltd. to the Motion of Defendant 1700 Cartons for an Order Vacating the Arrest of the Goods, for filing with the court. We have also enclosed a disk containing this pleading.

    Please provide a clocked-in copy of our Answer to our messenger.

    Thank you.

                                          Very truly yours,

                                          HOLLSTEIN KEATING
                                          CATTELL JOHNSON & GOLDSTEIN P.C.

                                          By:_____
                                                Lynne M. Parker, Esq.

LMP/dml
Enclosure
cc:    Michael B. McCauley, Esquire
        Edward V. Cattell, Jr., Esquire

{1042.00012:DML9748}