IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
|         Plaintiff, | : |
| v. | :   Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., | : |
|   and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
|         Defendants. | : |

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, hereby certify that the Answer of Plaintiff APL Co. Pte., Ltd. to the Motion of Defendant 1700 Cartons for an Order Vacating the Arrest of the Goods has been served, upon the following:

**VIA REGULAR MAIL**
Michael McCauley, Esquire
Palmer, Biezup & Henderson
1223 Faulk Road
Wilmington, DE 19803

and

**VIA FAX AND REGULAR MAIL**
Michael McCauley, Esquire
Palmer Biezup & Henderson
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106
Attorneys for United Supply Co., Ltd.

_____
Lynne M. Parker

Dated: January 9, 2006
{1042.00012:DML9747}