

# HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

PENNSYLVANIA OFFICE
Suite 2000, Eight Penn Center
1628 John F. Kennedy Boulevard
Philadelphia PA 19103
(215) 320-3260
FAX (215) 320-3261

ATTORNEYS AT LAW

1201 NORTH ORANGE STREET, SUITE 730
WILMINGTON, DE 19801
(302) 884-6700

NEW JERSEY OFFICE
Willow Ridge Executive Office Park
750 Route 73 South – Suite 301
Marlton, NJ 08053
(856) 810-8860
Fax (856) 810-8861

Lynne M. Parker
Member NJ, PA & DE Bars

FAX: (302) 573-2507

E-mail Address
lmp@hkcjg.com

January 9, 2006

OUR FILE NO. 1042.00012

Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, DE 19801

RE:  **APL Co. Pte, Ltd. v. United Supply Co., Ltd
and 1700 Cartons of Frozen Shrimp, etc.
Docket No: 05-0850(SLR)**

Dear Judge Robinson:

We represent plaintiff APL Co. Pte, Ltd. The court has scheduled for tomorrow, Jan. 10, at 1:00 P.M., the resumption of the hearing on APL's request for the release of cargo to APL for delivery to Southern Foods USA, Inc., based on Southern's title to the goods and right of possession under the Ocean Bill of Lading (Exhibit APL-"2") which has been entered into evidence in this matter.

On the evening before the last hearing, held on December 21, 2005, defendant 1700 Cartons of Shrimp filed a motion to vacate the arrest. APL's opposition to this motion was addressed, briefly, at the hearing. APL encloses a copy with this letter of its Memorandum in Opposition to the motion of defendant 1700 Cartons, the original of which has been forwarded to the Clerk for filing of record.

We have also seen this morning, January 9, 2006, the letter to the court of Mr. McCauley of January 6. After an inordinate delay, Mr. McCauley has advised that defendant United Supply has obtained a Letter of Credit and seeks to post security for the release of the cargo of 1700 cartons of shrimp. We submit to the court, respectfully, that posting of the security and continuing the hearing at this late date is unwarranted.

{1042.00012:YFE0002}

APL has arranged for the attendance at tomorrow's hearing of its witness Diane Terrien who is flying in from Denver. APL has arranged for the trial deposition this afternoon, January 9 of Ms. Olivia Lopez, of Gold Bank. This deposition will be taken by telephone. Ms. Lopez is in Kansas City, MO. We must, however, advise the court that Ms. Lopez is returning to work from vacation today and we still must receive confirmation from the Bank's counsel that Ms. Lopez will be available for that deposition. Nonetheless, substantial effort has gone into serving the subpoena and arranging with the Bank for that testimony, arranging for counsel in Kansas City to provide a conference room and to in a court reporter.

As the court is aware, plaintiff APL offered to provide security during the last week in December in order to release the cargo and have it delivered to Southern. This would have removed the need for the emergent hearing. Southern, of course, continues to demand delivery of its cargo for which it has paid and for which the original bill of lading has been surrendered to plaintiff APL.

However, defendant United Supply objected to the release of the cargo on security and the court ruled that absent an agreement of the parties on release, this hearing would go forward. APL now wishes to state to the court that it objects to the release of this cargo to United Supply and United Supply's suggestion that this matter should be essentially put off when it is ready for the completion of the trial and the court's ruling on the merits of the case and its conclusion.

If this matter is to be continued, however, and the court is to order the release of the cargo to United on security, then we request that counsel be advised promptly so that we can attempt to avoid unnecessary travel from Denver by APL's witness and also advise Southern Foods USA and their counsel, who we understand will be in attendance at tomorrow's hearing.

Respectfully yours,

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: _____
Lynne M. Parker

LMP/yfj
cc:   Michael B. McCauley, Esquire

{1042.00012:YFE0002}