IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO PTE LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-850-SLR |
| | ) |
| UNITED SUPPLY CO. LTD and | ) |
| A CARGO OF 1700 CARTONS OF | ) |
| FROZEN SHRIMP TRANSPORTED FROM | ) |
| KHULNA, BANGLADESH TO SOUTH | ) |
| KEARNY, NEW JERSEY, PURSUANT | ) |
| TO BILL OF LANDING NO. | ) |
| APLU-054094784 DATED | ) |
| SEPTEMBER 25, 2005, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 10th day of January, 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b);

IT IS ORDERED that:

1. **Discovery.** All discovery shall be commenced in time to be completed by **May 1, 2006.**

2. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-**

dispositive motion shall contain the statement required by D. Del. LR 7.1.1.

3. **Pretrial Conference.** A pretrial conference will be held on **Wednesday, May 24, 2006 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

4. **Trial.** This matter is scheduled for a three day bench trial commencing on **Monday, June 5, 2006** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge