# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

**PENNSYLVANIA**
620 CHESTNUT STREET, SUITE 956
PHILADELPHIA, PENNSYLVANIA 191063409
215 625 9900
FAX: 215 625 0185

**MARYLAND**
222 PRINCE GEORGE STREET, SUITE 102
ANNAPOLIS, MARYLAND 21401
410 267 0010
FAX: 410 267 0020

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

1223 FOULK ROAD
WILMINGTON, DELAWARE 19803

302 594 0895 • 302 478 7443
FAX: 302 478 7625
pbh@pbh.com

**NEW YORK**
140 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

**NEW JERSEY**
330 MARKET STREET
CAMDEN, NEW JERSEY 08102
856 428 7717
FAX: 856 338 1008

February 23, 2006

The Honorable Sue L. Robinson                                   Via Email
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

    Re:   APL Co. Pte, Ltd. v. United Supply Co. et al.
           No. 05-850-SLR
           Our file:  7794-001

Dear Judge Robinson:

    We represent United Supply Co., Inc. ("United") and are writing in accordance with what we understood was Your Honor's directive at the Rule 16 conference to alert the Court to any discovery problems by letter rather than formal motion.

    United's request for production of documents was received by APL on January 23 and by Southern Foods on January 26. As a result of the ambitious discovery schedule and the representations by opposing counsel that all pertinent documentation was already in hand, we expected the documents to be produced without delay.

    Hearing nothing from either party, we wrote to counsel for APL and Southern Foods on February 10 to again request prompt production of the documents. In a follow-up telephone call to APL's counsel, we were advised simply that New York counsel was handling the production and was aware of our letter.

PBH: 181510.1

**PALMER BIEZUP & HENDERSON** LLP

The Honorable Sue L. Robinson
Re:   APL Co. Pte, Ltd. v. United Supply Co.
February 23, 2006
Page 2

      To date neither APL nor Southern Foods has produced any documents, without which meaningful testimonial discovery cannot begin. In view of the May 1 discovery deadline currently in place and the fact that some witnesses are located overseas, we respectfully request that the Court order immediate production.

      Respectfully submitted,

      PALMER BIEZUP & HENDERSON LLP

      By: *[signature]*
      Michael B. McCauley

cc:   Lynne M. Parker, Esq.
      Edward V. Cattell, Jr., Esq.
      Peter E. Hess, Esq.

PBH: 181510.1