

# HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE<br>Suite 2000, Eight Penn Center<br>1628 John F. Kennedy Boulevard<br>Philadelphia PA 19103<br>(215) 320-3260<br>FAX (215) 320-3261 | ATTORNEYS AT LAW<br><br>1201 NORTH ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>(302) 884-6700 | NEW JERSEY OFFICE<br>Willow Ridge Executive Office Park<br>750 Route 73 South – Suite 301<br>Marlton, NJ 08053<br>(856) 810-8860<br>Fax (856) 810-8861 |
|---|---|---|

Lynne M. Parker  
Member NJ, PA & DE Bars

FAX: (302) 573-2507

E-mail Address  
lmp@hkcjg.com

February 24, 2006

The Honorable Sue L. Robinson, Chief Judge       Via email and electronically filed
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, DE 19801

    Re:    APL Co. Pte, Ltd. v. United Supply Co. et al
             Civil Action 05-850 (SLR)

Dear Judge Robinson:

    We represent plaintiff APL in this matter. We have received Mr. McCauley's letter regarding our document production.

    The request of documents served by United is very broad and has required us to obtain documents from Bangladesh, Singapore, and various offices of APL in the United States, including Oakland, Denver, and Kearney. We have done that. We are now in the process of reviewing the documents to redact Attorney-Client privileged documents and creating the required privilege log. We will then Bate stamp all of the documents and produce them. This is expected to occur next week. Additionally, certain questions have arisen during this process which must be answered by APL's general counsel, who is on vacation this week. He will be back next week.

    We can not and do not make any representation regarding the production requested of Southern by United.

    We have advised Mr. McCauley of our availability for the proposed telephone conference. We expect he will provide the joint reply of all parties to the court's email in that regard.

{1042.00012:EVC2923}

February 24, 2006
Page - 2 -

Respectfully Yours,

Edward V. Cattell, Jr.

Cc:   Michael McCauley, Esq.
      Peter Hess, Esq.
      Matthew James, Esq.

{1042.00012:EVC2923}