IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED SUPPLY CO. LTD., ) <br> ) <br> and ) <br> ) <br> A CARGO OF 1700 CARTONS OF ) <br> FROZEN SHRIMP TRANSPORTED ) <br> FROM KHULNA, BANGLADESH TO ) <br> SOUTH KEARNY, NEW JERSEY, ) <br> PURSUANT TO BILL OF LADING ) <br> NO. APLU-054094784 DATED ) <br> SEPTEMBER 25, 2005, *in rem*, ) <br> ) <br> Defendants. ) <br> ) <br> UNITED SUPPLY CO., INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> APL CO. PTE LTD., ) <br> ) <br> Counterclaim Defendant. ) | CIVIL ACTION NO. 05-850-SLR |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, I electronically filed the foregoing Motion to Dissolve Security and Dismiss Plaintiff's Claims using CM/ECF, which will send notification of such filing to:

PBH: 180422.1

1

Lynn M. Parker, Esq.
Hollstein Keating Cattell Johnson & Goldstein P.C.
1201 N. Orange Street, Suite 730
Wilmington, DE 19801
Email: lparker@hollsteinkeating.com

Peter E. Hess, Esq.
P.O. Box 7753
Wilmington, DE 19803-7753
Email: hessians@aol.com

A courtesy copy of the Motion has also been served by e-mail on the above-named counsel, and by e-mail and first-class mail on the following non-registered participant:

Edward V. Cattell, Jr.
Hollstein Keating Cattell Johnson & Goldstein P.C.
Eight Penn Center
1628 John F. Kennedy Blvd.
Suite 2000
Philadelphia, PA 19103
Email: Ecattell@hollsteinkeating.com

                                  PALMER BIEZUP & HENDERSON LLP

Date: March 24, 2006                By:  /s/ Michael B. McCauley
                                                  Michael B. McCauley (ID 2416)
                                                  1223 Foulk Road
                                                  Wilmington, DE 19803
                                                  (302) 594-0895
                                                  (302) 478-7625 (fax)
                                                  mccauley@pbh.com
                                                  Attorneys for United Supply Co., Inc.