IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 05-850-SLR |
| ) | |
| v. ) | |
| ) | |
| UNITED SUPPLY CO. LTD., ) | |
| ) | |
| and ) | |
| ) | |
| A CARGO OF 1700 CARTONS OF ) | |
| FROZEN SHRIMP TRANSPORTED ) | |
| FROM KHULNA, BANGLADESH TO ) | |
| SOUTH KEARNY, NEW JERSEY, ) | |
| PURSUANT TO BILL OF LADING ) | |
| NO. APLU-054094784 DATED ) | |
| SEPTEMBER 25, 2005, *in rem*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| UNITED SUPPLY CO., INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| APL CO. PTE LTD., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## ORDER

AND NOW, this _____ day of _____ 2006, upon due consideration of United Supply Co., Inc.'s Motion to Dissolve Security and Dismiss Plaintiff's Claims,

IT IS ORDERED that the security given by United Supply Co., Inc. in the form of an Irrevocable Standby Letter of Credit (D.I. 29) is hereby dissolved; and

IT IS FURTHER ORDERED that the Complaint of APL Co. Pte Ltd. is hereby dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE