IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## **ORDER**

AND NOW, this _____ day of _____ on due consideration of the Motion of United Supply Co., Inc. to Dissolve Security and Dismiss Plaintiffs' Complaint, and the opposition thereto, it is ordered that the Motion is denied.

_____
Sue L. Robinson, Ch. Judge, USDC

{1042.00012:YFE0076}