IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APL CO. PTE LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., | : | |
| and | : | |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, hereby certify that on April 4, 2006, I electronically filed the enclosed Memorandum in Opposition to the Motion of United Supply to Dissolve Security and Dismiss Plaintiff's Complaint, which will send notification of such filing to:

> Peter E. Hess, Esquire
> P.O. Box 7753
> Wilmington, Delaware 19803-7753
> E-Mail: Hessians@aol.com
>
> Michael B. McCauley, Esquire.
> 1223 Foulk Road
> Wilmington, Delaware 19803
> E-Mail: mccauley@pbh.com

Service on counsel of record will be made electronically.

{1042.00012:YFE0077}

2

A courtesy copy of the Motion has also been served by e-mail on Michael B. McCauley, Esquire, Palmer, Biezup & Henderson at mccauley@pbh.com.

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.


By: /s/ Lynne M. Parker
Lynne M. Parker
1201 North Orange Street, Suite 730
Wilmington, DE 19801
(302) 884-6700
(302) 573-2507 (Fax)
lparker@hollsteinkeating.com
Attorneys for Plaintiff APL Co. Pte, Ltd.

Dated: April 4, 2006