# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APL CO. PTE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-850-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED SUPPLY CO. LTD., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A CARGO OF 1700 CARTONS OF | ) | |
| FROZEN SHRIMP TRANSPORTED | ) | |
| FROM KHULNA, BANGLADESH TO | ) | |
| SOUTH KEARNY, NEW JERSEY, | ) | |
| PURSUANT TO BILL OF LADING | ) | |
| NO. APLU-054094784 DATED | ) | |
| SEPTEMBER 25, 2005, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED SUPPLY CO., INC., | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APL CO. PTE LTD., | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2006, I electronically filed the foregoing

Reply using CM/ECF, which will send notification of such filing to:

Lynn M. Parker, Esq.
Hollstein Keating Cattell Johnson & Goldstein P.C.
1201 N. Orange Street, Suite 730
Wilmington, DE 19801
Email:  lparker@hollsteinkeating.com

Peter E. Hess, Esq.
P.O. Box 7753
Wilmington, DE 19803-7753
Email:  hessians@aol.com


A courtesy copy of the Motion has also been served by e-mail and first-class mail on the

following non-registered participant:


Edward V. Cattell, Jr.
Hollstein Keating Cattell Johnson & Goldstein P.C.
Eight Penn Center
1628 John F. Kennedy Blvd.
Suite 2000
Philadelphia, PA 19103
Email:  Ecattell@hollsteinkeating.com


PALMER BIEZUP & HENDERSON LLP


Date: April 13, 2006            By:  /s/ Michael B. McCauley
                                   Michael B. McCauley (ID 2416)
                                   1223 Foulk Road
                                   Wilmington, DE 19803
                                   (302) 594-0895
                                   (302) 478-7625 (fax)
                                   mccauley@pbh.com
                                   Attorneys for United Supply Co., Inc.