IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APL CO. PTE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-850-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED SUPPLY CO. LTD., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A CARGO OF 1700 CARTONS OF FROZEN SHRIMP TRANSPORTED FROM KHULNA, BANGLADESH TO SOUTH KEARNY, NEW JERSEY, PURSUANT TO BILL OF LADING NO. APLU-054094784 DATED SEPTEMBER 25, 2005, *in rem*, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing Letter to The Hon. Sue L. Robinson in response to APL's April 18, 2006 letter to The Hon. Sue L. Robinson, using CM/ECF, which will send notification of such filing to:

> Lynn M. Parker, Esq.
> Hollstein Keating Cattell Johnson & Goldstein P.C.
> 1201 N. Orange Street, Suite 730
> Wilmington, DE 19801
> Email: lparker@hollsteinkeating.com
>
> Peter E. Hess, Esq.
> P.O. Box 7753
> Wilmington, DE 19803-7753
> Email: hessians@aol.com

A courtesy copy of the Letter has also been served by E-mail on the above-named counsel, and by E-mail on the following non-registered participant:

>Edward V. Cattell, Jr.
>Hollstein Keating Cattell Johnson & Goldstein P.C.
>Eight Penn Center
>1628 John F. Kennedy Blvd.
>Suite 2000
>Philadelphia, PA 19103
>Email: Ecattell@hollsteinkeating.com

PALMER BIEZUP & HENDERSON LLP

Date: April 19, 2006

By: /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com

PBH: 182634.1