IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO PTE LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-850-SLR |
| ) | |
| UNITED SUPPLY CO. LTD and ) | |
| A CARGO OF 1700 CARTONS OF ) | |
| FROZEN SHRIMP TRANSPORTED FROM) | |
| KHULNA, BANGLADESH TO SOUTH ) | |
| KEARNY, NEW JERSEY, PURSUANT ) | |
| TO BILL OF LANDING NO. ) | |
| APLU-054094784 DATED ) | |
| SEPTEMBER 25, 2005, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 20th day of April, 2006, having reviewed the motion to dismiss filed by United Supply Company, Ltd., and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 41) is denied, without prejudice to renew the arguments contained therein after the evidentiary hearing scheduled to be heard by the court on Monday, June 5, 2006. If there are issues of fact for the court to resolve in connection with this dispute, the court finds that negative inferences may be appropriately used in connection with any facts relating to Southern Foods USA, Inc., given its failure

to participate in discovery.

                                          _____
                                              United States District Judge