# H&B

# HEALY & BAILLIE, LLP

61 Broadway
New York, NY 10006-2834
T: +1 212-943-3980   F: +1 212-425-0131
www.healy.com

MATTHEW H. JAMES
MJAMES@HEALY.COM

DIRECT DIAL (212) 709-9212
DIRECT FAX (212) 487-0312

May 16, 2006

<u>By FedEx</u>

Hon. Sue L. Robinson
Chief United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, DE 19801

      Re:  APL Co. Pte Ltd v. United Supply Co., Inc., *et al.*
            D. Del. No. 05-850 (SLR)
            Southern Foods, Inc. v. Neptune Orient Lines Limited, *et al.*
            S.D.N.Y. No. 06-2494 (HB)

Dear Judge Robinson:

    We are counsel to APL Co. Pte Ltd ("APL") in the captioned actions, admitted *pro hac vice* by Your Honor. While we are reluctant to burden the Court with further correspondence concerning this issue, we must respond to the letter dated May 15, 2006, sent by Samuel Mok, Esq., counsel to Southern Foods, Inc. in the captioned New York action, in order to complete the record. Mr. Mok's letter failed to append or refer to APL's response to his May 9, 2005 letter to Judge Baer, a copy of which we have attached.

    Notwithstanding the pending request to Judge Baer for leave to move to dismiss or transfer the New York action, APL is prepared to proceed to trial on June 5, 2006 as scheduled.

                                      Very truly yours,

                                      HEALY & BAILLIE, LLP

                                      By [signature]
                                          Matthew H. James

Page 2<br>May 16, 2006

MHJ/mhj  
Enclosure

cc:  Samuel Mok, Esq. (212) 367-4974  
     (Via facsimile and first class mail)  
     Michael McCauley, Esq. (215) 625-0185  
     (Via facsimile and first class mail)

326564.1