IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No: 05-850(SLR) |
| UNITED SUPPLY CO. LTD., | : |
| and | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Edward V. Cattell, Jr., hereby certify that on May 22, 2006, I electronically filed the enclosed Memorandum in Opposition to the Motion of United Supply to Dissolve Security and Dismiss Plaintiff's Complaint, which will send notification of such filing to:

> Peter E. Hess, Esquire
> P.O. Box 7753
> Wilmington, Delaware 19803-7753
> E-Mail: Hessians@aol.com

> Michael B. McCauley, Esquire.
> 1223 Foulk Road
> Wilmington, Delaware 19803
> E-Mail: mccauley@pbh.com

and by regular mail to:

> Samuel Mok, Esquire
> 254 Canal Street, Suite 4018
> New York, NY 10013

Service on counsel of record will be made electronically.

{1042.00012:YFE0029}

                                          HOLLSTEIN KEATING
                          CATTELL JOHNSON & GOLDSTEIN P.C.

            By:   /s/  Edward V. Cattell, Jr.
                Edward V. Cattell, Jr.
                1201 North Orange Street, Suite 730
                Wilmington, DE 19801
                (302) 884-6700
                (302) 573-2507 (Fax)
                ecattell@hollsteinkeating.com
                Attorneys for Plaintiff APL Co. Pte, Ltd.

Dated:  May 22, 2006