# H&B

# HEALY & BAILLIE, LLP

61 Broadway
New York, NY 10006-2834
T: +1 212-943-3980   F: +1 212-425-0131
www.healy.com

MATTHEW H. JAMES
MJAMES@HEALY.COM

DIRECT DIAL (212) 709-9212
DIRECT FAX (212) 487-0312

May 24, 2006

By Electronic Case Filing
& First Class Mail

Hon. Sue L. Robinson
Chief United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, DE  19801

> Re:   APL Co. Pte Ltd v. United Supply Co., Inc., *et al.*
> D. Del. No. 05-850 (SLR)
> Southern Foods, Inc. v. Neptune Orient Lines Limited, *et al.*
> S.D.N.Y. No. 06-2494 (HB)

Dear Judge Robinson:

We are counsel to APL Co. Pte Ltd ("APL") in the captioned actions, admitted *pro hac vice* by Your Honor in the former.  We are pleased to report that the parties have settled both matters and that the Pretrial Conference scheduled for 4:30 p.m. today and the trial scheduled for June 5, 2006 at 9:30 a.m. may be removed from your docket.  A Stipulation of Dismissal will be filed upon consummation of the settlement which will take place no later than sixty (60) days from today's date.

The parties thank the Court for its indulgence.

Very truly yours,

HEALY & BAILLIE, LLP

By  *Matthew H. James*

Matthew H. James

MHJ/mhj

328150.1

NEW YORK        NEW JERSEY        HONG KONG        CONNECTICUT

Page 2
May 24, 2006

cc:   Samuel Mok, Esq. (212) 367-4974
      (Via facsimile and first class mail)
      Michael McCauley, Esq. (215) 625-0185
      (Via facsimile and first class mail)