# H&B
# HEALY & BAILLIE, LLP

61 Broadway
New York, NY 10006-2834
T: +1 212-943-3980   F: +1 212-425-0131
www.healy.com

MATTHEW H. JAMES
MJAMES@HEALY.COM

DIRECT DIAL (212) 709-9212
DIRECT FAX (212) 487-0312

July 21, 2006

<u>By Electronic Case Filing</u>
<u>& First Class Mail</u>

Hon. Sue L. Robinson
Chief United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, DE 19801

Re:    APL Co. Pte Ltd v. United Supply Co., Inc., *et al.*
D. Del. No. 05-850 (SLR)
Our File No. 003595.0053

Dear Judge Robinson:

We are counsel to plaintiff APL Co. Pte Ltd in the captioned action. We write to request an additional thirty (30) days to consummate settlement in this matter as a condition precedent thereto has recently been met and the parties are finalizing appropriate release language.

The parties thank the Court for its indulgence.

Very truly yours,

HEALY & BAILLIE, LLP

By _____
Matthew H. James

MHJ/mhj
cc:    Samuel Mok, Esq. (646) 367-4901
(Via facsimile and first class mail)
Michael McCauley, Esq. (215) 625-0185
(Via facsimile and first class mail)

337637.1

NEW YORK      NEW JERSEY      HONG KONG      CONNECTICUT