IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APL CO. PTE LTD, | : |
| Plaintiff, | : |
| -v- | : Civil Action No: 05-850 (SLR) |
| UNITED SUPPLY CO. LTD., | : |
| -and- | : |
| A cargo of 1700 Cartons of Frozen Shrimp Transported from Khulna, Bangladesh to South Kearny, New Jersey, pursuant to Bill of Lading No. APLU-054094784 dated September 25, 2005, *in rem*, | : |
| Defendants. | : |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED** and agreed that the captioned matter is dismissed with prejudice and without costs.

**IT IS FURTHER HEREBY STIPULATED** and agreed that the irrevocable standby letter of credit, No. 200-GD-1728, issued by Gold Bank, 800 West 47th Street, Kansas City, Missouri, 64112, and provided by defendant UNITED SUPPLY CO., INC. as security for the release of the *in rem* defendant cargo, is cancelled.

| | |
|---|---|
| HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, PC<br>Attorneys for APL Co. Pte Ltd<br>1201 N. Orange Street, Suite 730<br>Wilmington, DE 19801<br>Phone #: (302) 884-6700<br>Fax #: (302) 573-2507<br><br>By: _____<br>Lynne M. Parker (Bar No. 2811) | PALMER BIEZUP & HENDERSON, LLP<br>Attorneys for United Supply Co., Inc.<br>1223 Foulk Road<br>Wilmington, DE 19803<br>Phone # (302) 594-0895<br>Fax # (302) 478-7625<br><br>By: _____<br>Michael B. McCauley (Bar No. 2416) |

328507.1

SAMUEL I. MOK, ESQ.
Attorney for Southern Foods USA, Inc.
501 Fifth Avenue, Suite 300
New York, NY 10017
Phone #: (212) 300-2174
Fax #: (646) 367-4974

By: _____
    Samuel I. Mok

Dated: August ____, 2006
       Wilmington, Delaware

SO ORDERED:

_____
Hon. Sue L. Robinson
Chief United States District Judge

328507.1